UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROSARIO RUIZ

    v.

KILOLO KIJAKAZI
*Acting Commissioner of Social Security*

CASE NO. 3:23CV220(MPS)

## **JUDGMENT**

This action having come on for consideration of the Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. §405(g) with Reversal and Remand and the Plaintiff's Motion to Reverse the Decision of the Commissioner before the Honorable Michael P. Shea, United States District Judge and,

The Court having considered the motions and the full record of the case including applicable principles of law, and having filed its Ruling on September 7, 2023, granting the defendant's motion and denying the plaintiff's motion as moot; it is therefore

ORDERED, ADJUDGED and DECREED that the case is remanded for additional administrative proceedings.

Dated at Hartford, Connecticut, this 7th day of September 2023.

DINAH MILTON KINNEY, Clerk

By    /s/
  Devorah Johnson
  Deputy Clerk

EOD 09/07/23